THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
JOHN F. BREEN and MILVI BREEN,              : Civil Action No. 1:14-cv-06261-PKC
                                            :
                                            :
                    Plaintiff,              :
                                            :   RULE 7.1 STATEMENT
      -against-                             :
                                            :
A. L. EASTMOND & SONS, INC., et al.,        :
                                            :
                    Defendants.             :
-------------------------------------------------------------- X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Georgia-Pacific LLC (a non-governmental corporate party) hereby makes the following disclosure statement: Georgia-Pacific LLC is wholly owned by Georgia-Pacific Holdings, LLC. No publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         August 12, 2014

                                          LYNCH DASKAL EMERY LLP


                                          By: _____s/_____
                                                Lawrence G. Lee
                                          264 West 40th Street
                                          New York, New York 10018
                                          (212) 302-2400
                                          (212) 302-2210 (fax)
                                          lee@lawlynch.com

                                          Attorneys for Georgia-Pacific LLC

**CERTIFICATE OF SERVICE**

      I, LAWRENCE G. LEE, do hereby certify that on August 12, 2014, I electronically filed the defendant Georgia-Pacific LLC's **RULE 7.1 STATEMENT** with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system.

Dated:  New York, New York
         August 12, 2014

                                                                      s/
                                              Lawrence G. Lee